**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRIAN SMITH, | ) | NO. CV 12-4315-GHK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RANDY GROUNDS, et al., | ) | |
| Respondents. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: _____5/23_____, 2012.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE